UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES BANKRUPTCY TRUSTEE, REBECCA FISCHER, Real Party in Interest on Behalf of GARY TAYLOR, <br><br> *Plaintiff* <br><br> v. <br><br> REAL ALLOY SPECIFICATION, LLC, <br><br> *Defendant* | Cause No. 3:20-cv-774 RLM-MGG |

ORDER

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' joint stipulation of dismissal [Doc. No. 26], this case is DISMISSED with prejudice. The Clerk is directed to enter judgment accordingly.

SO ORDERED.

ENTERED:  September 15, 2021

/s/ Robert L. Miller, Jr.
Judge, United States District Court